ACCEPTED
02-15-00105-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
4/9/2015 2:38:29 PM
DEBRA SPISAK
CLERK

FILED: 3/23/2015 2:55:11 PM
SHERRI ADELSTEIN
Denton County District Clerk
By: Joanna Price, Deputy

Case No. 14-08061-362

| | | |
|---|---|---|
| In re Order of Foreclosure | § | In the District Court |
| Concerning 5188 Mohegan Lane | § | |
| Frisco, TX 75034 | § | |
| Under TRCP 736 | § | 362nd Judicial District |
| | § | |
| | § | |
| | § | Denton County, Texas |

RECEIVED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
04/09/2015 2:38:29 PM
DEBRA SPISAK
Clerk

## NOTICE OF APPEAL

Notice is hereby given that Respondents in the above captioned action, hereby appeal this Court's Home Equity Foreclosure Order granting Petitioner's foreclosure application, entered on February 19, 2015.

Respectfully submitted,

*/s/ Eric G. Calhoun*
ERIC G. CALHOUN
Texas Bar No. 03638800
**CALHOUN & ASSOCIATES**
1595 N. Central Expressway
Richardson, Texas 75080
(214) 766-8100 Telephone
(214) 308-1947 Facsimile
eric@ecalhounlaw.com

**COUNSEL FOR RESPONDENT**

## CERTIFICATE OF SERVICE

I hereby certify on this 23rd day of March, 2015, that counsel of record will be served with a copy of this document via email via the ProDoc e-filing system pursuant to the local rules of this Court.

*/s/ Eric G. Calhoun*
ERIC G. CALHOUN